JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unicolors, Inc., | Case No.  CV 16-08814-AB (JCx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Apollo Apparel, Inc., et al., | |
| Defendants. | |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 24, 2017

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE